CAROLINE R. STRONG and Others, Respondents, Appellants, v. THE TRUSTEES OF THE FREEHOLDERS AND COMMONALTY OF THE TOWN OF BROOKHAVEN IN SUFFOLK COUNTY, NEW YORK, Appellants, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

THE SUFFOLK COUNTY TRUST COMPANY, etc., Respondent, v. CHARLES McCOY, Appellant.— Motion for stay granted upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

ARCHIBALD N. YOUNG, Respondent, v. HERBERT FORDHAM, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

MICHAEL BAUM, as Administrator, etc., of LEONARD BAUM, Deceased, Respondent, v. BEE LINE, INC., Appellant.— Judgment reversed upon the law and a new trial granted, costs to abide the event. In our opinion, prejudicial error was committed by the court in receiving in evidence the statement made by the witness See, dated May 15, 1927. Lazansky, P. J., Rich, Young, Hagarty and Tompkins, JJ., concur.

LAURENCE LA T. DRIGGS, Respondent, v. JOHN F. O'RYAN, Appellant.— Order denying defendant's motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Hagarty and Tompkins, JJ., concur.